CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUN 0 8 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: BOSS MANAGEMENT GROUP, INC. A VIRGINIA CORPORATION<br><br>DEBTOR(S) | CHAPTER: 7<br><br>CASE NO.: 05-61589 |
| WILLIAM F SCHNEIDER, TRUSTEE<br><br>Plaintiff(s)<br><br>v.<br><br>FABRIKO ACQUISITION CORPORATION<br><br>Defendant(s) Appellant(s)<br><br>and MID-WEST TEXTILES, INC.<br><br>Defendant(s) | ADVERSARY PROCEEDING NO. 06-06081<br><br>MOTION NO. N/A |
| FABRIKO ACQUISITION CORPORATION<br><br>3rd Party Plaintiff(s) Appellant(s)<br><br>v.<br><br>ADVISCO CAPITAL CORPORATION<br><br>and PHILIP A NEWMAN<br><br>3rd Party Defendant(s) | |

## TABLE OF CONTENTS

### VOLUME 1

| Appeal Index Number | Docket Entry Date | Docket Entry Number | Description |
|---|---|---|---|
| 1 | 5/8/07 | 53 | Motion for Leave to Appeal filed by Defendant, Fabriko Acquisition Corporation |
| 2 | 5/8/07 | 54 | Notice of Appeal filed by Defendant, Fabriko Acquisition Corporation |
| 3 | 5/3/07 | 43 | Order dismissing Third Party Complaint |
| 4 | 5/3/07 | 41 | Order dismissing Motion to Amend Complaint |
| 5 | 5/3/07 | 44 | Order dismissing Motion for Jury Trial |
| 6 | 5/3/07 | 40 | Order and Memorandum Decision |

| 7 | 5/15/07 | 55 | Notice of Deficiency for Appeal - Cost not Paid ( $5.00 notice of appeal fee for filing Interlocutory Appeal for Motion for Leave) |
| 8 | 6/7/07 | 61 | Order that the Clerk remove the hearing on Motion for leave to take interlocutory appeal from the calendar and that the Clerk shall immediately transmit the Notice of Appeal and the Motion for leave to appeal to the Clerk of the U.S. District Court for this District |
| 9 | | | Copy of Case proceeding docket |
| 10 | | | Copy of Adversary proceeding docket |

## CERTIFICATE:

I, John W. L. Craig, II, Clerk of the United States Bankruptcy Court for the Western District of Virginia, do hereby certify that the documents submitted under this certificate are copies of the record as designated and filed by the Appellant and Appellee or are copies of original documents of record on file in my office. A true copy of the docket entries as they appear in the official docket is submitted.

The following are submitted:

**VOLUME 1 - CASE PAPERS**

Copies of this index are being mailed to the Debtor(s), Counsel for Debtor(s), Case Trustee, U.S. Trustee if applicable, Counsel for Appellant(s) and Appellee(s), Counsel for all other parties of record, the United States Bankruptcy Judge issuing the order appealed and Law Clerk to the United States Bankruptcy Judge issuing the order appealed.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the Seal of said Court.

Dated: 6/7/07

JOHN W. L. CRAIG, II, CLERK

By /s/ Janet Fallen
Janet Fallen, Deputy Clerk

tcapl.frm
page 2 of 2

Case 6:07-mc-00002-NKM   Document 1   Filed 06/08/07   Page 2 of 2   Pageid#: 34