## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## Lynchburg Division

| | |
|---|---|
| In re BOSS MANAGEMENT GROUP, INC., | ) Case No. 05-61589-LYN |
| Debtor, | ) |
| WILLIAM SCHNEIDER, Trustee, | ) Adv. No. 06-06081 |
| Plaintiff, | ) |
| v. | ) |
| FABRIKO ACQUISITION CORP., and MID-WEST TEXTILES, INC. | ) |
| Respondents, | ) |
| FABRIKO ACQUISITION CORPORATION, | ) |
| Third Party Plaintiff, | ) |
| v. | ) |
| ADVISCO CAPITAL CORPORATION and PHILIP A. NEWMAN, | ) |
| Third Party Defendants, | ) |

)

## ORDER

Fabriko Acquisition Corporation's demand for a jury trial is dismissed as moot.

So ORDERED.

Upon entry of this Memorandum the Clerk shall forward copies to R. Mitchell Garbee, Esq., and Andrew Lyerly Ridenour, Esq., counsel for Advisco Capital Corporation and Phillip A. Newman, William F. Schneider, Esq., the chapter 7 trustee, Gary M. Bowman, Esq., counsel for Fabriko Acquisitions Corporation and Mid-West Textiles, Inc.

Entered on this 3rd day of May, 2007.

William E. Anderson
United States Bankruptcy Judge